# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
JAN 20 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CARLOS MANUEL SOTO-MELENDEZ (1),<br><br>　　　　　　　　　Defendant. | CASE NO. 11CR4640-WQH<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment and Superseding Indictment:

21:952 and 960 - Importation of Marijuana (1) 21:952,960,963 - Conspiracy to Import Marijuana (1s) 21:952,960;18:2 - Importation of Marijuana;Aiding and Abetting
(2s) 21:841(a)(1),846 - Conspiracy to Distribute Marijuana
(3s) 21:841(a)(1);18:2 - Possession of Marijuana with Intent to Distribute;Aiding and Abetting (4s)

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANAURY 20, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WILLIAM Q. HAYES
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE